## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

SABANA DEL PALMAR, INC.

    DEBTOR

CASE NO. 12-06177 (ESL)

CHAPTER 11

## ATTORNEY'S FIRST APPLICATION FOR ALLOWANCE OF
## COMPENSATION AND REIMBURSEMENT OF
## NECESSARY COSTS AND EXPENSES
(for the period of July 26, 2012 to January 31, 2013)

TO THE HONORABLE COURT:

COMES NOW, C. CONDE & ASSOC., debtor's attorney and applicant in this matter, who respectfully files this application for allowance of compensation and reimbursement of expenses and represents and states as follows:

1. This application is submitted in compliance with the Guidelines of the U.S. Trustee Office, for the reviewing of applications for professional compensation and reimbursement of expenses.

2. *Background*:

    a)    Debtor, Sabana del Palmar, Inc., filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code, on August 5, 2012, under case number 12-06177.

    b) The application for employment of the undersigned attorney was filed on August 9, 2012, provided that payments of fees and expenses are subject to the approval of the Court. The employment of the undersigned attorney was approved on August 10, 2013.

    c) The hourly rates agreed to by applicant and debtors, disclosed in the referred application

for compensation were $300.00 per hour for attorney Carmen D. Conde Torres, $275.00 per hour

for Associates, $250.00 per hour for junior attorney and $150.00 per hour for paralegal assistance.

d)    Professional services for which allowance of compensation and reimbursement of

expenses payment is sought were performed during the period from July 26, 2012 up to January 31,

2013.

e)  This is applicant's first professional fee application.

3. The status of the case, related to the services provided by the undersigned, is as follows:

Drafting, review and filing of Schedules and Statement of Financial Affairs. Prepared and

attended Initial Debtor Interview and Meeting of Creditors and provided to US Trustee all documents

requested. Status Report required by the Court was drafted and filed and Status Conference hearing

was attended. Analyze and draft and review application for employment of professionals. Received,

reviewed and filed of Monthly Operating Report. Motion to extend the exclusivity period for filing

the disclosure statement and plan of reorganization was filed and granted. The term was extended

by the Court until all matters related to the request for relief of stay filed by the FDIC are finalized.

Considerable time was also devoted to the multiple litigations with the FDIC and Trigild, the

District Court appointed receiver of the Debtor's assets. This litigation included the following

contested matters: Debtor's Urgent Request for Turnover of Property, FDIC's request for SARE

determination, Trigild and FDIC's request for sale of units, FDIC's violation of the automatic stay,

Objection to FDIC's claims #5 and 6 and the request for relief of stay filed by the FDIC. (Please refer

to the Exhibits for details of each reference.)

4. A summary of professional time and fees requested, and for which this application is filed

is as follows: (**Exhibit 1**)

| | |
|---|---|
| Total Fees Incurred | $74,382.50 |
| Expenses | $ 2,235.65 |
| Total | $76,618.15 |

5. Applicant provides an itemized description of services rendered with entries organized in chronological order and costs and expenses are also detailed in the enclosed breakdown marked as **Exhibit 2** and are evidenced by the enclosed receipts and certification which are also made part of this application.

6. Applicant hereby certified that the enclosed breakdown of fees and expenses has been discussed and agreed to by debtors.

7. I hereby certify that I have read the application and to the best of my professional knowledge, information and belief formed after reasonable inquiry, the compensation and expenses reimbursement sought conforms with the guidelines of the U. S. Trustee and that the compensation and expense reimbursement requested herein, actual and necessary, are billed at rates in accordance with practices no less favorable to the Debtor/Estate, than those customarily employed.

WHEREFORE, applicant respectfully prays this Honorable Court to enter an order allowing the compensation and reimbursement of necessary expenses sought hereunder in the total sum of **$76,618.15** representing **$74,382.50** in professional fees and **$2,235.65** in reimbursement of necessary costs and expenses incurred, and thereupon to authorize and direct the debtor in possession to pay applicant **$76,618.15** from the funds of the estate as an administrative expense allowable under 11 U.S.C. Section 503(b), less the $25,000.00 already received and paid.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 11th day of March, 2013.

**NOTICE TO PARTIES IN INTEREST**

**PLEASE TAKE NOTICE** that unless a written objection to this fee application is filed, with the Clerk of the U.S. Bankruptcy Court with copy to the undersigned, within 21 days from the date of this notice, pursuant to FRBP 2002(a)(6), this application may be allowed by the Court without further notice or hearing.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing through the CM/ECF system, which will send notification of such filing to the parties therein registered to receive Notice including the US Trustee.

I hereby Further Certify that I have mailed by United States Postal Service notice of the filing of such document to all creditors and parties in interest as per the master address list herein attached.

**C. CONDE & ASSOC.**
**254 San José Street, Suite 5**
**San Juan , Puerto Rico 009011523**
**Tel.: (787) 729-2900**
**Fax: (787) 729-2203**
**Email: condecarmen@microjuris.com**

**/s/ Carmen D. Conde Torres**
**CARMEN D. CONDE TORRES**
**USDC No. 207312**

## CERTIFICATION

I, Carmen M. Felices Vargas, of legal age, married and legal secretary of C. Conde & Associates, hereby certify:

1.     That my name and personal circumstances are the ones stated above.

2.     That all fax transmittals charged with this invoice were sent by me. Their cost is $.25 per page.

3.     That all photocopies charged with this invoice were made by me. Their cost is $.25 per page.

4.     That all stamps used were charged at $.46 per stamp.

5.     I execute this Certification for all legal purposes.

In San Juan, Puerto Rico, this 31[th] day of January, 2013.

/s/ Carmen M. Felices Vargas
**CARMEN M. FELICES VARGAS**

# C. CONDE & ASSOC

254 San José Street
Suite 5
San Juan, PR  00901-1523

January 31, 2013

Invoice submitted to:
Sabana del Palmar dba Mirabella Village

Invoice #  2013036

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 01. Petition, Schedules and Statement of Financial Affairs | 12.00 299.17/hr | 3,590.00 |
| 03. Employment of Professionals | 4.10 297.56/hr | 1,220.00 |
| 04. Case Administration | 21.50 278.84/hr | 5,995.00 |
| 05. Meeting of Creditors | 10.60 292.92/hr | 3,105.00 |
| 06. Monthly Operating Report | 4.10 300.00/hr | 1,230.00 |
| 07. Claims and Creditors | 5.20 299.04/hr | 1,555.00 |
| 08. Disposition of Assets | 25.60 281.64/hr | 7,210.00 |

|                                               | Hrs/Rate           | Amount        |
|-----------------------------------------------|--------------------|---------------|
| 09. Pending Litigation                        | 0.20<br>300.00/hr  | 60.00         |
| 11. Disclosure Statement                      | 2.00<br>281.25/hr  | 562.50        |
| 12. Objection to Claims                       | 3.00<br>287.50/hr  | 862.50        |
| 14. FDIC- Single Asset Reat Estate            | 16.80<br>280.80/hr | 4,717.50      |
| 15. FDIC- Turnover of property by Receiver    | 90.20<br>287.86/hr | 25,965.00     |
| 16. FDIC Motion to LIft Stay                  | 62.50<br>292.96/hr | 18,310.00     |
| For professional services rendered            | 257.80             | $74,382.50    |

Additional Charges :

|          | Qty/Price      | Amount     |
|----------|----------------|------------|
| Other    | 515<br>4.34    | 2,235.65   |

| Total costs                                |  | $2,235.65      |
|--------------------------------------------|--|----------------|
| Total amount of this bill                  |  | $76,618.15     |
| 8/3/2012 Payment received.. Check No. 3008 |  | ($25,000.00)   |
| Total payments and adjustments             |  | ($25,000.00)   |
| Balance due                                |  | $51,618.15     |

# C. CONDE & ASSOC

254 San José Street
Suite 5
San Juan, PR  00901-1523

January 31, 2013

Invoice submitted to:
Sabana del Palmar dba Mirabella Village

Invoice #  2013036

Professional Services

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **01. Petition, Schedules and Statement of Financial Affairs** | | |
| 7/26/2012 | CDC | Receive and Review documents to commence drafting petition. | 2.00 300.00/hr | 600.00 |
| 8/2/2012 | CDC | Receive and Review first draft of documents.  Telephone call out client.  Amendments will follow. | 2.50 300.00/hr | 750.00 |
| | CDC | Receive and Review title study. | 0.90 300.00/hr | 270.00 |
| 8/3/2012 | CDC | Conference call with client to discuss first draft of documents including petition and schedules. | 0.80 300.00/hr | 240.00 |
| | CDC | Receive and Review various documents and emails regarding additional information requested. | 1.30 300.00/hr | 390.00 |
| | CDC | Final review of all documents.  Multiple calls out to Mr. Scarfia.  Draft and Review amendments. Receive and Review | 2.90 300.00/hr | 870.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | additional documents.  Draft and Review final documents. | | |
| 8/8/2012 | CDC | Draft and Review Notice to Creditors listed as Disputed, Contingent or Unliquidated | 0.70 300.00/hr | 210.00 |
| 8/14/2012 | LSV | Draft and Review email to Debtor submitting copy of petition and Notice of Bankruptcy Filing | 0.30 275.00/hr | 82.50 |
| | LSV | Receive and Review email from Debtor requesting copy of pleadings filed | 0.10 275.00/hr | 27.50 |
| 8/21/2012 | CDC | Claim for Gibraltar in the largest 20 creditors is not correct.  The correct amount is the one in the schedules. | 0.30 300.00/hr | 90.00 |
| | CDC | Receive and Review email from Ms. Jennifer to verify claim from Gibraltar. | 0.20 300.00/hr | 60.00 |
| | | SUBTOTAL: | [        12.00 | 3,590.00] |

### 03. Employment of Professionals

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/8/2012 | CDC | Draft and Review Application for Employment of Debtor's accountant, Doris Barroso | 1.00 300.00/hr | 300.00 |
| | CDC | Draft and Review Application for Employment of Debtor's attorney, C. Conde & Assoc. | 1.00 300.00/hr | 300.00 |
| 8/10/2012 | CDC | Receive and Review order on application to employ Debtor's attorney C. Conde & Assoc. | 0.10 300.00/hr | 30.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/5/2012 | CDC | Receive and Review order on application of the debtor to employ accountant Doris Barroso | 0.10 300.00/hr | 30.00 |
| 10/9/2012 | LSV | Receive and Review application for Admission Pro Hac Vice of att. David Evan Otero on behalf of FDIC | 0.10 275.00/hr | 27.50 |
| | LSV | Receive and Review Order approving admission Pro Hac Vice filed by David Evan Otero. | 0.10 275.00/hr | 27.50 |
| | LSV | Receive and Review application for Admission Pro Hac Vice of att. Christian P. George on behalf of FDIC | 0.10 275.00/hr | 27.50 |
| | LSV | Receive and Review order approving admission Pro Hac Vice filed by Christian P. George | 0.10 275.00/hr | 27.50 |
| 1/31/2013 | CDC | Review and edit application for compensation. | 1.50 300.00/hr | 450.00 |
| | | SUBTOTAL: | [          4.10 | 1,220.00] |

**04. Case Administration**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/6/2012 | CDC | Print and Review Docket | 0.10 300.00/hr | 30.00 |
| | CDC | Receive and Review email from client re: DIP accounts | 0.10 300.00/hr | 30.00 |
| 8/8/2012 | CDC | Draft and Review Informative Motion re: person to be testified on behalf the Debotr. | 0.30 300.00/hr | 90.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/10/2012 | CDC | Receive and Review order on status conference schedule for 10/02/2012 | 0.10 300.00/hr | 30.00 |
| 8/13/2012 | CDC | Print and Review Docket | 0.10 300.00/hr | 30.00 |
| 8/14/2012 | LSV | Receive and Review letter from Wells Fargo re: pre-petition bank account held with them | 0.50 275.00/hr | 137.50 |
| | LSV | Draft and Review letter to Wells fargo providing instructions for closing of the account and remittal to debtor of funds so that it can deposit the same in its DIP account | 0.50 275.00/hr | 137.50 |
| 8/20/2012 | CDC | Print and Review Docket | 0.10 300.00/hr | 30.00 |
| | LSV | Inter Office Meeting to discuss matters related to FDIC and motions to be filed | 0.50 275.00/hr | 137.50 |
| 8/27/2012 | CDC | Print and Review Docket | 0.10 300.00/hr | 30.00 |
| 9/4/2012 | CDC | Print and Review Docket | 0.10 300.00/hr | 30.00 |
| 9/7/2012 | CDC | Receive and Review letter from Wells Fargo re: pre-petition account. | 0.20 300.00/hr | 60.00 |
| | RF | Draft and Review status conference memorandum | 0.70 275.00/hr | 192.50 |
| 9/10/2012 | CDC | Print and Review Docket | 0.10 300.00/hr | 30.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/12/2012 | CDC | Receive and Review request to reduce prices by the Receiver. Draft and Review email to client. Draft and Review response to Receiver. | 0.50 300.00/hr | 150.00 |
|  | CDC | Receive and Review email from Hernandez Barred re:  Sale of units. Draft and Review response. | 0.30 300.00/hr | 90.00 |
| 9/13/2012 | CDC | Meeting with client and  Portela to discuss other matters related to case administration and pending motions. | 1.50 300.00/hr | 450.00 |
| 9/17/2012 | CDC | Interoffice meeting to discuss pending matters and action to follow. | 0.50 300.00/hr | 150.00 |
| 9/18/2012 | CDC | Telephone call in  attorney Font to discuss collection action against residents. | 0.30 300.00/hr | 90.00 |
| 9/19/2012 | CDC | Update and review Status Conference memorandum for filing | 0.50 300.00/hr | 150.00 |
| 9/24/2012 | LSV | Print and Review Docket | 0.10 275.00/hr | 27.50 |
| 10/2/2012 | LSV | Review file and prepare for status conference hearing.  All pending motions were reviewed in order to prepare also for oral argument | 2.50 275.00/hr | 687.50 |
| 10/8/2012 | CDC | Print and Review Docket | 0.10 300.00/hr | 30.00 |
| 10/15/2012 | LSV | Print and Review Docket | 0.10 275.00/hr | 27.50 |
| 10/17/2012 | LSV | Receive and Review notice of taking deposition of corporate representative of the Debtor field by FDIC-R | 0.10 275.00/hr | 27.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/18/2012 | RF | Draft motion for protective order in response to the FDIC subpoena to depose Michael Scarfia. Review FDIC subpoena and statement regarding scope of deposition. Review prior deposition of Michael Sacrfia (June 2012) Highlight same questions and same matters covered in prior deposition. Present to Att. Conde and client | 2.00 275.00/hr | 550.00 |
| 10/22/2012 | CDC | Receive and Review inventory of units | 0.90 300.00/hr | 270.00 |
| | CDC | Print and Review Docket | 0.10 300.00/hr | 30.00 |
| | CDC | Receive and Review insurance policy | 0.30 300.00/hr | 90.00 |
| 10/23/2012 | RF | Draft and Review motion to quash subpoena issued by FDIC for being issued from the Middle District of Florida | 1.00 275.00/hr | 275.00 |
| 10/24/2012 | CDC | Meeting with client re: Pending matters. | 0.50 300.00/hr | 150.00 |
| 10/26/2012 | RF | Review case and type outline for Att. Conde summarizing pending matters. | 0.70 275.00/hr | NO CHARGE |
| 10/29/2012 | CDC | Print and Review Docket | 0.10 300.00/hr | 30.00 |
| 10/30/2012 | CDC | Receive and Review from client letters for collection of maintenance fees. | 0.10 300.00/hr | 30.00 |
| 11/9/2012 | CDC | Receive and Review motion to extend time to respond to motion for protective order and motion to quash filed by FDIC | 0.20 300.00/hr | 60.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/16/2012 CDC | Receive and Review response to debtor's motion for a protective order and to quash the FDIC Subpoena and Debtors motion to Quash subpoena issued by the FDIC-R filed by FDIC | 0.50 300.00/hr | 150.00 |
| 11/20/2012 CDC | Telephone call in  Mr. Scarfia regarding pending matters. | 0.30 300.00/hr | 90.00 |
| 11/21/2012 CDC | Review file for pending matters.  Inhouse meeting to coordinate pending matters. | 1.00 300.00/hr | 300.00 |
| CDC | Receive and Review various documents and reports from client in preparation for hearing on Dec. 3. | 1.10 300.00/hr | 330.00 |
| 11/29/2012 RF | Prepare pre-hearing briefing for Att. Conde regarding upcoming Dec 3, 2012 hearing | 1.80 275.00/hr | 495.00 |
| 12/3/2012 CDC | Print and Review Docket | 0.10 300.00/hr | 30.00 |
| 12/10/2012 CDC | Print and Review Docket | 0.10 300.00/hr | 30.00 |
| 12/17/2012 CDC | Print and Review Docket | 0.10 300.00/hr | 30.00 |
| 12/26/2012 CDC | Print and Review Docket . | 0.10 300.00/hr | 30.00 |
| 1/3/2013 CDC | Print and Review Docket . | 0.10 300.00/hr | 30.00 |
| 1/18/2013 CDC | Receive and Review letter from Scarfia to Roxana Aquino re: Mirabella Corporate Resolution | 0.10 300.00/hr | 30.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/22/2013 | CDC | Print and Review Docket | 0.10<br>300.00/hr | 30.00 |
| | CDC | Receive and Review letter from Mr. Scarfia to Department of Veterans Affairs re: VA Loans | 0.10<br>300.00/hr | 30.00 |
| 1/29/2013 | CDC | Print and Review Docket . | 0.10<br>300.00/hr | 30.00 |
| | | SUBTOTAL: | [ 21.50 | 5,995.00] |

### 05. Meeting of Creditors

| | | | | |
|---|---|---|---|---|
| 8/7/2012 | CDC | Receive and Review Notice of 341 Meeting. Draft and Review notice to client. | 0.30<br>300.00/hr | 90.00 |
| 8/20/2012 | CDC | Receive and Review documents for Initial Debtor Interview . Draft and Review email to client. | 1.00<br>300.00/hr | 300.00 |
| 8/21/2012 | CDC | Receive and Review latest information for Initial Debtor Interview documentation. | 0.30<br>300.00/hr | 90.00 |
| 8/24/2012 | LSV | Appearance at Initial Debtor Interview | 1.50<br>275.00/hr | 412.50 |
| | LSV | Meeting with Debtor to prepare for Initial Debtor Interview | 1.50<br>275.00/hr | 412.50 |
| 9/13/2012 | CDC | Meeting with client in preparation for 341 meeting. | 2.50<br>300.00/hr | 750.00 |
| 9/14/2012 | CDC | Appear at meeting of creditors. | 3.00<br>300.00/hr | 900.00 |

|            |     |                                                                                      | Hrs/Rate         | Amount    |
|------------|-----|--------------------------------------------------------------------------------------|------------------|-----------|
| 9/17/2012  | CDC | Receive and Review email from client . Draft and Review response.                    | 0.20 300.00/hr   | 60.00     |
| 9/20/2012  | CDC | Draft and Review letter to Atty. Díaz from the US Trustee submitting pending documents re: Initial Debtor Interview | 0.30 300.00/hr   | 90.00     |

SUBTOTAL:                                                                      [        10.60        3,105.00]

### 06. Monthly Operating Report

|            |     |                                                                      | Hrs/Rate       | Amount  |
|------------|-----|----------------------------------------------------------------------|----------------|---------|
| 9/20/2012  | CDC | Receive and Review Monthly Operating Report for the month of August, 2012    | 1.00 300.00/hr | 300.00  |
| 10/19/2012 | CDC | Receive and Review Monthly Operating Report for the month of Sept 2012       | 1.00 300.00/hr | 300.00  |
| 11/12/2012 | CDC | Receive and Review Monthly Operating Report for the month of October 2012    | 0.50 300.00/hr | 150.00  |
| 12/20/2012 | CDC | Receive and Review Monthly Operating Report for the month of November 2012.  | 1.00 300.00/hr | 300.00  |
| 1/16/2013  | CDC | Receive and Review Monthly Operating Report for the month of December 2012.  | 0.60 300.00/hr | 180.00  |

SUBTOTAL:                                                                      [         4.10        1,230.00]

### 07. Claims and Creditors

|            |     |                                                                                            | Hrs/Rate       | Amount  |
|------------|-----|--------------------------------------------------------------------------------------------|----------------|---------|
| 8/6/2012   | CDC | Download and Review Notice of Appearance of Carlos Prieto on behalf of BJN Construction.    | 0.10 300.00/hr | 30.00   |
| 8/8/2012   | CDC | Receive and Review letter from Wells Fargo re: section 542 of Bankruptcy Code.              | 0.10 300.00/hr | 30.00   |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/9/2012 | CDC | Receive and Review notice of appearance filed by FDIC | 0.10 300.00/hr | 30.00 |
| | CDC | Receive and Review Proof of Claim 1 filed by BJN Construction, Inc | 0.30 300.00/hr | 90.00 |
| 8/13/2012 | CDC | Receive and Review notice of appearance filed by Trigild Inc. | 0.20 300.00/hr | 60.00 |
| 8/15/2012 | CDC | Receive and Review letter to Enrique Rivera re: PREPA bill dated August 3, 2012 for Mirabella Village & Club | 0.50 300.00/hr | 150.00 |
| 8/29/2012 | CDC | Receive and Review notice of appearance filed by Avanti Kitchens | 0.10 300.00/hr | 30.00 |
| 8/30/2012 | CDC | Receive and Review Proof of Claim 2 filed by CRIM | 0.20 300.00/hr | 60.00 |
| 10/3/2012 | LSV | Receive and Review notice of appearance filed by Aldarondo & Lopez Bras on behalf of Municipality of Bayamon | 0.10 275.00/hr | 27.50 |
| 10/5/2012 | LSV | Receive and Review statement of Orlando Rivera re: Maintenance Fee | 0.10 275.00/hr | 27.50 |
| 11/27/2012 | CDC | Receive and Review Proof of Claim 7 filed by PREPA | 0.10 300.00/hr | 30.00 |
| 12/12/2012 | CDC | Receive and Review motion for extension of time to file claim filed by Marangelis Rivera Colon | 0.30 300.00/hr | 90.00 |
| 12/13/2012 | CDC | Receive and Review notice of appearance filed by Marangelis Rivera Colon | 0.10 300.00/hr | 30.00 |
| | CDC | Receive and Review Proof of Claim 8 filed by Marangelis Rivera Colon | 0.30 300.00/hr | 90.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/17/2012 | CDC | Receive and Review order on Marangelis Rivera Colon requesting extension of time to file Proof of Claim | 0.10 300.00/hr | 30.00 |
| 12/19/2012 | CDC | Receive and Review Proof of Claim 5 filed by FDIC | 0.20 300.00/hr | 60.00 |
| | CDC | Receive and Review Proof of Claim 6 filed by FDIC | 0.20 300.00/hr | 60.00 |
| 1/9/2013 | CDC | Receive and Review Reciever's motion to consign funds file by Trigild Inc. | 0.20 300.00/hr | 60.00 |
| 1/10/2013 | CDC | Receive and Review claim register | 0.20 300.00/hr | 60.00 |
| 1/11/2013 | CDC | Receive and Review receiver's amended motion to consign funds filed by Trigild | 0.10 300.00/hr | 30.00 |
| | CDC | Receive and Review order on motion filed by Trigild requesting leave to consign funds amount. | 0.10 300.00/hr | 30.00 |
| 1/17/2013 | CDC | Receive and Review motion to submit Trigild report on the administration of Sabana del Palmar during December 2012 filed by Trigild | 1.00 300.00/hr | 300.00 |
| 1/19/2013 | CDC | Receive and Review Proof of Claim 6 filed by FDIC | 300.00/hr | NO CHARGE |
| | CDC | Receive and Review Proof of Claim 5 filed by FDIC | 0.10 300.00/hr | 30.00 |
| 1/25/2013 | CDC | Receive and Review Trigild's response to debtor's limited objection to Trigild's motion to request authorization to employ professionals | 0.20 300.00/hr | 60.00 |

|            |     |                                                                                                    | Hrs/Rate           | Amount    |
|------------|-----|----------------------------------------------------------------------------------------------------|--------------------|-----------|
| 1/25/2013  | CDC | Receive and Review FDIC response to and support for Trigild, Inc.'s motion to request authorization to employ professionals. | 0.10 300.00/hr      | 30.00     |
| 1/28/2013  | CDC | Receive and Review notice of filling transcripts of hearing held on December 3, 2012 filed by FDIC | 0.10 300.00/hr      | 30.00     |

|            |     |                                                                                                    | Hrs/Rate           | Amount    |
|------------|-----|----------------------------------------------------------------------------------------------------|--------------------|-----------|
| SUBTOTAL:  |     |                                                                                                    | [     5.20         | 1,555.00] |

### 08. Disposition of Assets

|            |     |                                                                                                    | Hrs/Rate           | Amount    |
|------------|-----|----------------------------------------------------------------------------------------------------|--------------------|-----------|
| 8/15/2012  | CDC | Receive and Review letter from Michael Scarfia re: Documents Produced by the FDIC                  | 0.10 300.00/hr      | 30.00     |
| 9/4/2012   | LSV | Draft and Review subpoena to the FDIC                                                               | 1.00 275.00/hr      | 275.00    |
| 9/19/2012  | LSV | Receive and Review email from counsel for FDIC re: response by FDIC to subpoena                     | 0.10 275.00/hr      | 27.50     |
|            | LSV | Draft and Review Subpoena to Triglid re: Monthly Operating Report and Sales.                        | 1.00 275.00/hr      | 275.00    |
| 9/21/2012  | LSV | Receive and Review FDIC's response to subpoena and production of documents                          | 2.50 275.00/hr      | 687.50    |
| 9/25/2012  | LSV | Receive and Review Trigild's request of approval of sale of lots at Mirabella Village & Club        | 0.50 275.00/hr      | 137.50    |
|            | LSV | Receive and Review additional production by Triglid re: sales in Mirabella                          | 2.50 275.00/hr      | 687.50    |
| 9/28/2012  | LSV | Receive and Review Creditor Federal Deposit Insurance Corporation as receiver for Westernbank PR motion to quash | 0.50 275.00/hr      | 137.50    |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

subpoena and motion for protective order
filed by FDIC

| 10/1/2012 RF | Draft and Review intent to reponse to Trigild's motion to sell Property | 0.50 275.00/hr | 137.50 |

| 10/3/2012 LSV | Receive and Review Trigild's request of leave to submit exhibits to request of approval of sale of lots at Mirabella Village & Culb | 1.00 275.00/hr | 275.00 |

| RF | Review the FDIC motion to quash subpoena issued by the Debtors. Research supposed "trade secrets" exception and review case law cited by the FDIC. Draft and Research opposition to motion to quash and present to Att. Conde for review | 3.50 275.00/hr | 962.50 |

| 10/4/2012 RF | Receive and Review Attorney Conde edits to the opposition the FDIC motion to quash. | 0.70 275.00/hr | 192.50 |

| 10/8/2012 CDC | Receive and Review motion for leave to reply to debtor's opposition to the FDIC motion to quash and motion for the FDIC to be compelled to respond to the Debtor's Subpoena filed by FDIC | 0.20 300.00/hr | 60.00 |

| 10/9/2012 RF | Reseach and commence drafting opposition to Trigild's motion to sell assets of the Estate. | 2.50 275.00/hr | 687.50 |

| LSV | Receive and Review FDIC response to and support for Trigild, request of approval of sale of lots at Mirabella Village & Club | 0.50 275.00/hr | 137.50 |

| 10/12/2012 LSV | Receive and Review emergency request for hearing for the approval of sale lots at Mirabella Village & Club filed by Trigild. | 0.50 275.00/hr | 137.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/16/2012 | LSV | Receive and Review Trigild's supplimental motion for approval of sale of Lots F-121, F-99, F-112 and F-114 at Mirabella Village & Club | 1.50 275.00/hr | 412.50 |
| 10/22/2012 | CDC | Receive and Review Trigild request for leave to file reply to debtors opposition to Trigild request for an emergency hearing. | 0.10 300.00/hr | 30.00 |
|  | CDC | Receive and Review Trigild reply to debtors opposition to Trigild request for an emergency hearing | 0.30 300.00/hr | 90.00 |
| 10/24/2012 | CDC | Receive and Review urgent motion requesting hearing for the approval of sale of lots at Mirabella Village & Club | 0.10 300.00/hr | 30.00 |
|  | CDC | Receive and Review motion requesting approval of sale of lots at Mirabella Village filed by Trigild, Inc | 0.10 300.00/hr | 30.00 |
| 10/25/2012 | CDC | Receive and Review motion from FDIC joining the receiver's request to sell property, subject to its lien. | 0.30 300.00/hr | 90.00 |
| 10/31/2012 | CDC | Telephone call out Mr. Michael Scarfia to discuss and amend charts prepare for hearing. | 0.20 300.00/hr | 60.00 |
| 11/5/2012 | CDC | Receive and Review Trigild's supplemental motion for approval of sale of Lots E-88, 4, E-101, F-117 and F-123 at Mirabella Club. | 0.80 300.00/hr | 240.00 |
| 11/27/2012 | CDC | Receive and Review proposed sale Order from FDIC. Draft and Review comments. Listen to audio. Conference Call | 2.00 300.00/hr | 600.00 |

|            |     |                                                                                                      | Hrs/Rate           | Amount     |
|------------|-----|------------------------------------------------------------------------------------------------------|--------------------|------------|
| 11/30/2012 | CDC | Receive and Review amended order for sale.  Draft and Review comments.                               | 1.00<br>300.00/hr  | 300.00     |
| 12/4/2012  | CDC | Receive and Review final version of order. Draft and Review email to Otero.                          | 0.50<br>300.00/hr  | 150.00     |
| 12/5/2012  | CDC | Receive and Review final draft of orders.                                                            | 0.30<br>300.00/hr  | 90.00      |
| 12/11/2012 | CDC | Receive and Review certificate of service re: approval of sale of Lot F-113 at Mirabella Club        | 0.10<br>300.00/hr  | 30.00      |
| 12/13/2012 | CDC | Receive and Review motion granting Trigild motion to approve sales of Lots pursuant to partial agreement | 0.10<br>300.00/hr  | 30.00      |
| 12/14/2012 | CDC | Draft and Review email to client re sale of F-113.                                                   | 0.30<br>300.00/hr  | 90.00      |
| 12/17/2012 | CDC | Receive and Review FDIC response to and support for Trigild motion for approval of sale of Lot F-113 | 0.30<br>300.00/hr  | 90.00      |

SUBTOTAL:      [    25.60      7,210.00]

### 09. Pending Litigation

| 9/17/2012 | CDC | Receive and Review email from Atty. Font re: hearing at estate court (Comite de Transición) | 0.20<br>300.00/hr | 60.00 |

SUBTOTAL:      [    0.20      60.00]

### 11. Disclosure Statement

| 11/16/2012 | LSV | Draft and Review Debtor's motion requesting extension of the exclusivity period to submit a Disclosure Statement | 1.50<br>275.00/hr | 412.50 |

|  | Hrs/Rate | Amount |
|---|---|---|

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | and secured the votes to confirm a plan of reorganization |  |  |
| 11/20/2012 CDC | Receive and Review FDIC response to Debtor's motion requesting an extension of exclusivity period to submit Disclosure Statement filed by FDIC | 0.30 300.00/hr | 90.00 |
| 11/29/2012 CDC | Receive and Review order on motion requesting extension of time to submit disclosure statement and plan | 0.10 300.00/hr | 30.00 |
| 1/31/2013 CDC | Receive and Review order on motion filed by Debtor requesting extension of time to file disclousure statement and plan | 0.10 300.00/hr | 30.00 |
| | SUBTOTAL: | [    2.00 | 562.50] |

## 12. Objection to Claims

| 11/30/2012 RF | Prepare objeciton to  secured claims. Research burden of proof on issue.  Submit to Conde for review | 1.50 275.00/hr | 412.50 |
|---|---|---|---|
| CDC | Review and amend objection to claims.5 and 6. | 0.70 300.00/hr | 210.00 |
| 12/29/2012 CDC | Download and Review FDIC Response to Debtor's Objection to Claim no. 6 | 0.30 300.00/hr | 90.00 |
| CDC | Download and Review FDIC Response to Debtor's Objection to Claim no. 5 | 0.30 300.00/hr | 90.00 |
| 1/10/2013 CDC | Receive and Review client's memeorandum to object the claim in Sabana filed by FDIC. | 0.20 300.00/hr | 60.00 |
| | SUBTOTAL: | [    3.00 | 862.50] |

|  | | Hrs/Rate | Amount |
|--|--|----------|--------|

### 14. FDIC- Single Asset Reat Estate

| Date | Init. | Description | Hrs/Rate | Amount |
|------|-------|-------------|----------|--------|
| 9/4/2012 | LSV | Draft and Review email to Debtor and special counsel submitting motion for single asset determination | 0.30 275.00/hr | 82.50 |
| | RF | Receive and Review legal basis to oppose FDIC motion to have project declare single asset real estate. Research similar cases and history of provision in Bankruptcy Code. | 1.40 275.00/hr | 385.00 |
| | LSV | Receive and Review motion to determine that debtor's property is a single asset case | 1.00 275.00/hr | 275.00 |
| 9/14/2012 | RF | Draft and Review opposition to FDIC motion to excuse receiver from turnover requirements of the Bankruptcy Code. | 2.60 275.00/hr | 715.00 |
| 9/15/2012 | RF | Research basis if substantive consolidation vs. SARE designation. | 0.70 275.00/hr | 192.50 |
| 9/17/2012 | CDC | Receive and Review order on debtor motion requesting extension of time to respond to FDIC motion to designate debtor as a single asset real estate | 0.10 300.00/hr | 30.00 |
| 9/19/2012 | RF | Research basis for opposing SARE designation | 0.90 275.00/hr | 247.50 |
| 9/20/2012 | CDC | Review and amend motion in opposition to FB's motion re: SARE designation | 0.80 300.00/hr | 240.00 |
| 9/28/2012 | RF | Review drafts of opposition as well as equitable proposal with att. Conde. Update edit and review for filing. | 1.60 275.00/hr | 440.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/29/2012 | CDC | Review and Amended final motions in opposition to SARE designation. | 1.50 300.00/hr | 450.00 |
| 10/5/2012 | LSV | Receive and Review FDIC motion for leave to reply to debtor's response to the FDIC motion to declare the debtor a single asset real estate | 0.10 275.00/hr | 27.50 |
| 10/10/2012 | CDC | Receive and Review FDIC's reply to Debtor's response to FDIC-R's motion for the court to determine the debtor is subject to SARE | 0.50 300.00/hr | 150.00 |
| 10/18/2012 | RF | Implement final edits regarding opposition to Trigild's authority statement. re: SARE | 1.10 275.00/hr | 302.50 |
| 10/19/2012 | RF | Update motion for protective order. Implement edits. Review contact with attorneys. Update for location of deposition and court jurisdiction (FDIC wants to depose in Florida). Prepare and file. | 1.50 275.00/hr | 412.50 |
| 10/25/2012 | CDC | Receive and Review and amend draft of informative motion and opposition to SARE. | 0.50 300.00/hr | 150.00 |
| 10/26/2012 | RF | Draft motion to inform regarding Debtor's opposition to the FDIC motion to designate debtors as Single Asset Real Estate projects. Updated traditional oppositon and include as an attachment | 1.70 275.00/hr | 467.50 |
| 12/5/2012 | CDC | Receive and Review opinion and order on motion to determine that Sabana del Palmar is a single asset real estate property or project | 0.50 300.00/hr | 150.00 |

SUBTOTAL:                                                              [       16.80              4,717.50]

|  | | Hrs/Rate | Amount |
|---|---|---|---|

### 15. FDIC- Turnover of property by Receiver

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/17/2012 | RF | Draft motion demanding turnover of property from receiver. Review District Court docket and Bankruptcy Schedule. Review FDIC District Court Complaint. Complete Draft and present to Attorney Conde for review | 3.80 275.00/hr | 1,045.00 |
| 8/20/2012 | CDC | Review and amend motion for turnover. | 1.00 300.00/hr | 300.00 |
| 8/24/2012 | RF | Update motion for turnover with Attorney Conde's edits. review, finalize and file. | 1.10 275.00/hr | 302.50 |
| 9/4/2012 | LSV | Draft and Review subpoena to Triglid | 0.50 275.00/hr | 137.50 |
| 9/5/2012 | CDC | Receive and Review order on motion filed by Debtor requesting turnover property held by prepetition custodial | 0.10 300.00/hr | 30.00 |
| 9/19/2012 | RF | Draft and Review update and implement Att. Conde's edits for opposition to motion to excuse receiver from turnover requirements | 0.80 275.00/hr | 220.00 |
| 10/3/2012 | LSV | Receive and Review motion to surreply to Debtor's reply to the FDIC-R's opposition to the motion for turnover filed by FDIC | 0.50 275.00/hr | 137.50 |
| 10/10/2012 | RF | Review edits and comments from client and Attorney Conde. Implement edits, review and file. re: turnover | 1.00 275.00/hr | 275.00 |
| 10/12/2012 | LSV | Receive and Review request for extension of custodianship of properties and the appointment of receiver order filed by Trigild | 1.00 275.00/hr | 275.00 |

|              |     |                                                                                                                              | Hrs/Rate          | Amount   |
|--------------|-----|------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 10/16/2012   | RF  | Receive and Review Trigild's statement on its authority to continue possession. Begin researching and drafting opposition and Debtors' position statement | 3.50 275.00/hr | 962.50 |
| 10/25/2012   | CDC | Receive and Review FDIC motion for clarification of hearing for Nov. 7.                                                       | 0.30 300.00/hr    | 90.00    |
| 10/30/2012   | CDC | Comence reviewing and analyzing evidence in preparation for hearing. Re: Reports by Receiver                                  | 1.10 300.00/hr    | 330.00   |
| 10/31/2012   | CDC | Review and analyze Trigild takeover report.                                                                                   | 1.00 300.00/hr    | 300.00   |
| 11/1/2012    | CDC | Commence reading, review and analysis of case law cited on motions.                                                          | 2.00 300.00/hr    | 600.00   |
|              | CDC | Commence preparation in the case of Sabana del Palmar: Read and review all motions.                                          | 3.50 300.00/hr    | 1,050.00 |
|              | ERB | Review files in order to identify and copy documents to be used at hearing.                                                  | 2.20 275.00/hr    | 605.00   |
| 11/2/2012    | CDC | Commence reviewing motions and case law in preparation for hearing. (Time incurred split with case of MJS)                   | 3.00 300.00/hr    | 900.00   |
|              | CDC | Receive and Review email from client with information on notice to FDIC of Bankruptcy Filings.                               | 0.10 300.00/hr    | 30.00    |
| 11/4/2012    | CDC | Review docket, identify dockets and motions per matter, summarized position of parties in preparation for hearing.           | 2.50 300.00/hr    | 750.00   |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/5/2012 | CDC | Telephone call in Mr. Scarfia Jr. Re: Witnesses at hearing. | 0.20 300.00/hr | 60.00 |
| | CDC | Interoffice meeting to discuss strategy and action to follow. | 0.50 300.00/hr | 150.00 |
| 11/6/2012 | CDC | Summarize arguments and case law. | 3.00 300.00/hr | 900.00 |
| | CDC | Meeting with clients and witnesses in preparation for hearing. | 2.50 300.00/hr | 750.00 |
| | ERB | Meeting with Atty. Conde for preparation for hearing | 2.00 275.00/hr | 550.00 |
| 11/7/2012 | ERB | Review and preparation of list of evidence documents to be presented at hearing. | 9.00 275.00/hr | 2,475.00 |
| | CDC | Appear at hearing. | 4.00 300.00/hr | 1,200.00 |
| 11/8/2012 | CDC | Appear at hearing. | 8.00 300.00/hr | 2,400.00 |
| | ERB | Appearance at Court. | 8.00 275.00/hr | 2,200.00 |
| 11/21/2012 | CDC | Receive and Review proposed order from Mr. David Otero. Draft and Review comments | 0.20 300.00/hr | 60.00 |
| | CDC | Receive and Review motion to submit Trigild report on the administration of Sabana del Palmar during the month of October, 2012 filed by Trigild | 1.00 300.00/hr | 300.00 |
| 12/3/2012 | CDC | Receive and Review motion for joinder to Trigild's request for extension of custodianship of properties filed by BJN Const. | 0.10 300.00/hr | 30.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/7/2012 | CDC | Receive and Review supplemental motion for joinder to Trigild's request for extension of custodianship of properties filed by BJN Const. | 0.30 300.00/hr | 90.00 |
| 12/8/2012 | CDC | Receive and Review minute entry from hearing on 11/07/2012 re: motion for turnover of property | 0.50 300.00/hr | 150.00 |
| 12/10/2012 | CDC | Receive and Review motion to submit corrected Drafts of interim order excusing receiver form the turnover and order granting Tigild's motion to approve sales pursuant to partial agreement filed by Trigild | 0.30 300.00/hr | 90.00 |
| 12/12/2012 | RF | Review Transcript of November 7 hearing | 1.50 275.00/hr | 412.50 |
| 12/13/2012 | RF | Additional research regarding turnover - specific research regarding the legal standard for "mismanagement" under 543 of the Code | 1.30 275.00/hr | 357.50 |
| | CDC | Receive and Review interim order excusing receiver Trigild, Inc  from the turnover requirements | 0.10 300.00/hr | NO CHARGE |
| | RF | Continue review of transcript and compilation of notes, organization of material facts | 1.60 275.00/hr | 440.00 |
| 12/14/2012 | RF | Draft turnover briefs and deliver to Conde for review | 2.80 275.00/hr | 770.00 |
| | CDC | Commence editing brief. | 3.00 300.00/hr | 900.00 |

|            |     |                                                                                                               | Hrs/Rate           | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------------------|--------------------|----------|
| 12/17/2012 | CDC | Receive and Review motion for leave to file reply on Trigild's request for extension of custodianship of properties | 0.10<br>300.00/hr | 30.00    |
|            | CDC | Receive and Review Trigild reply to BJN's supplemental motion for joinder to Trigild's request for extension fo custodian of properties | 1.00<br>300.00/hr | 300.00   |
| 12/18/2012 | CDC | Receive and Review order on Trigild's request for extension of custodianship of properties | 0.10<br>300.00/hr | 30.00    |
| 12/19/2012 | CDC | Receive and Review motion to submit Trigild report on the administration of Sabana del Palmar during the month of November 2012 | 0.50<br>300.00/hr | 150.00   |
| 12/20/2012 | CDC | Receive and Review joint motion to extend deadline to submit proposed findings of fact and conclusion of law filed by Debtor and FDIC | 0.30<br>300.00/hr | 90.00    |
| 12/21/2012 | RF  | Implementation of edits after conference call with client.  Deliver to all parties | 0.50<br>275.00/hr | 137.50   |
|            | CC/R | Conference call with client to discuss draft of Brief. | 4.20<br>300.00/hr | 1,260.00 |
|            | RF  | Review and implimetation of additional edits for turnover briefs.  Deliver to Conde for review | 0.80<br>275.00/hr | 220.00   |
|            | CDC | Review and edit final draft of briefing. | 1.50<br>300.00/hr | 450.00   |
| 12/23/2012 | RF  | Review and updated Turnover brief. Deliver to Clients and Conde for final review. | 0.40<br>275.00/hr | 110.00   |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/24/2012 | RF | Finalize brief for filing including Atty. Conde's editings. | 0.30 275.00/hr | 82.50 |
| | CDC | Receive and Review Trigild's proposed findings of fact and conclusions of law filed by Trigild | 0.50 300.00/hr | 150.00 |
| | CDC | Receive and Review findings of facts and conclusions of law on debtors motion for Turnover filed by FDIC | 1.00 300.00/hr | 300.00 |
| 12/27/2012 | CDC | Download and Review Motion Submitting Transcripts of the Hearing held on November 7 and 8 for the Turnover of Property. | 0.10 300.00/hr | 30.00 |
| | | SUBTOTAL: | [ 90.20 | 25,965.00] |

### 16. FDIC Motion to LIft Stay

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/13/2012 | CDC | Review and analyzed motion to lift stay and service. Still pending review of all exhibits which are voluminous. | 1.10 300.00/hr | 330.00 |
| 9/14/2012 | RF | Receive and Review FDIC motion to lift the automatic stay for compliance on service and factual assertions | 0.60 275.00/hr | 165.00 |
| 9/16/2012 | RF | Draft and Review response in opposition to Automatic Stay | 3.30 275.00/hr | 907.50 |
| 9/19/2012 | CDC | Reveiw and amend opposition to motion for relief of automatic stay | 1.00 300.00/hr | 300.00 |
| | RF | Draft and Review update and implement Att. Conde's edits for opposition to motion to lift stay | 1.60 275.00/hr | 440.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/26/2012 | LSV | Receive and Review motion for leave to file reply to debtors opposition to motion for relief from automatic stay and to file surreply to debtor response to the FDIC opposition to the turnover of property filed by FDIC | 0.10 275.00/hr | 27.50 |
| 10/1/2012 | CDC | Draft and Review Informative Motion re: lift of stay | 2.00 300.00/hr | 600.00 |
| 10/2/2012 | LSV | Appearance at Court for hearing on 362 motion | 2.50 275.00/hr | 687.50 |
| | LSV | Review file and prepare for hearing on 362 request. | 2.00 275.00/hr | 550.00 |
| | LSV | Draft and Review memo to client regarding outcome of hearings | 0.50 275.00/hr | 137.50 |
| 10/3/2012 | LSV | Receive and Review motion for reply to Debtor's opposition to relief from Automatic Stay filed by FDIC | 0.30 275.00/hr | 82.50 |
| 10/30/2012 | RF | Research on case of GGP regarding bad faith filings | 1.00 275.00/hr | 275.00 |
| 11/19/2012 | CDC | Receive and Review FDIC for Westernbank's notice of filing exhibit in support of motion for relief from Automatic Stay. filed by FDIC | 1.00 300.00/hr | 300.00 |
| 11/27/2012 | CDC | Commence preparation for hearing on Monday. | 2.50 300.00/hr | 750.00 |
| | CDC | Multiple emails back and foth with client. re: In preparation for hearing. | 0.50 300.00/hr | 150.00 |

|            |     |                                                                                                                              | Hrs/Rate           | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|--------------------|----------|
| 11/28/2012 | CDC | Continue preparation for hearing on lift of stay. Receive and Review new data from client. Review title studies and compare values pursuant to appraisals and sales. | 3.00<br>300.00/hr  | 900.00   |
|            | CDC | Telephone call in Mr. David Otero from FDCI. re: witnesses and pending motions.                                               | 0.30<br>300.00/hr  | 90.00    |
|            | CDC | Continue working on preparation for hearing.                                                                                  | 2.90<br>300.00/hr  | 870.00   |
| 11/29/2012 | CDC | Meeting with clients and appraiser to discuss hearing on Monday. Appraiser did not attend all meeting.                        | 3.70<br>300.00/hr  | 1,110.00 |
|            | LSV | Receive and Review minutes of proceedings of 11/7 and 11/8                                                                    | 0.30<br>275.00/hr  | 82.50    |
|            | CDC | Multiple emails back and forth with attorney David Otero, regarding hearing on Monday and evidence.                           | 0.50<br>300.00/hr  | 150.00   |
| 11/30/2012 | CDC | Continue preparation for hearing on Monday. (motions)                                                                         | 5.00<br>300.00/hr  | 1,500.00 |
| 12/1/2012  | CDC | Continue prepare for hearing on Monday. (exhibits and motions)                                                                | 3.00<br>300.00/hr  | 900.00   |
| 12/2/2012  | CDC | Continue preparation of exhibits for hearing.                                                                                 | 2.90<br>300.00/hr  | 870.00   |
| 12/3/2012  | CDC | Appear at hearing.                                                                                                            | 8.00<br>300.00/hr  | 2,400.00 |
|            | CDC | Receive and Review minute entry form hearing on 12/03/2012 re: FDIC motion for relief from stay                              | 0.30<br>300.00/hr  | 90.00    |

|            |     |                                                                                                                    | Hrs/Rate           | Amount      |
|------------|-----|--------------------------------------------------------------------------------------------------------------------|--------------------|-------------|
| 1/20/2013  | RF  | Review December 3 hearing transcript. Identify key passages. Review Docket entries to date                         | 2.10 275.00/hr     | 577.50      |
| 1/22/2013  | RF  | Provide initial draft to lift of stay bief.                                                                         | 3.30 275.00/hr     | 907.50      |
| 1/24/2013  | CDC | Review and amend first draft of brief.                                                                              | 2.00 300.00/hr     | 600.00      |
| 1/25/2013  | CDC | Receive and Review findings of fact and conclusions of law on FDIC-R's motion for relief from automatic stay       | 1.00 300.00/hr     | 300.00      |
|            | CDC | Complete, edit, identify exhibits, receive comments from client and incorporate changes to Post Trial Brief in Opposition to lift of stay. | 4.00 300.00/hr     | 1,200.00    |
| 1/28/2013  | CDC | Receive and Review email from client regarding supplement to Motion.                                               | 0.20 300.00/hr     | 60.00       |

SUBTOTAL:                                                          [      62.50           18,310.00]

For professional services rendered                            257.80          $74,382.50

Additional Charges :

|           |                                                                                   | Qty/Price    |        |
|-----------|-----------------------------------------------------------------------------------|--------------|--------|
| 8/8/2012  | Copying cost/Notice to Creditors listed as Disputed, Contingent or Unliquidated   | 78 0.25      | 19.50  |
|           | Postage cost/Notice to Creditors listed as Disputed, Contingent or Unliquidated   | 13 0.45      | 5.85   |

| | | Qty/Price | Amount |
|---|---|---|---|
| 8/14/2012 | Copying Cost/Letter to Wells Fargo re: closing of accounts. | 1<br>0.25 | 0.25 |
| | Postage Cost/Letter to Wells Fargo re: closing of accounts. | 1<br>0.45 | 0.45 |
| 11/15/2012 | Postage cost/Motion Requesting Extension of the Exclusivity Period. | 26<br>0.45 | 11.70 |
| | Copying cost/Motion Requesting Extension of the Exclusivity Period. | 26<br>0.25 | 6.50 |
| 12/25/2012 | Docket cost for printing pages through Internet during the month of July to November 2012. | 1<br>78.00 | 78.00 |
| 12/31/2012 | Charge for legal investigation on Lexis Nexis. Invoice No.1212060591 | 1<br>457.63 | 457.63 |
| 1/18/2013 | Color Copying cost for documents to be use at hearing. | 1<br>1,043.08 | 1,043.08 |
| 1/25/2013 | Copying cost/Motion for Postpetition financing | 189<br>0.25 | 47.25 |
| | Postage cost/Motion for Postpetition financing | 27<br>0.45 | 12.15 |
| 1/29/2013 | Copying cost/Second Request for Extension of the Exclusivity Period. | 120<br>0.25 | 30.00 |
| | Postage cost/Second Request for Extension of the Exclusivity Period. | 30<br>0.46 | 13.80 |
| 1/31/2013 | Charge for legal investigation on Lexis Nexis. Invoice No.1301060536 | 1<br>509.49 | 509.49 |

Total costs     $2,235.65

Total amount of this bill     $76,618.15

| | Amount |
|---|---|
| 8/3/2012 Payment received.. Check No. 3008 | ($25,000.00) |
| Total payments and adjustments | ($25,000.00) |
| Balance due | $51,618.15 |

Label Matrix for local noticing
0104-3
Case 12-06177-ESL11
District of Puerto Rico
Old San Juan
Mon Mar 11 14:33:04 AST 2013

A. Avanti Kitchens, Inc.
PO Box 362737
San Juan, PR 00936-2737

BJN Construction, Inc.
HC-01 Box 4912
Naguabo, PR 00718-9748

FEDERAL DEPOSIT INSURANCE CORP/WESTERNBANK P
TORO COLON MULLET RIVERA & SIFRE PSC
PO BOX 195383
SAN JUAN, PR 00919-5383

Homeowner's Association of Mirabella Vi
Urb. Mirabella Village
151 Nacar Administration
Bayamon, PR 00961-4834

MUNICIPALITY OF BAYAMON
ALDARONDO & LOPEZ BRAS
ALB PLAZA SUITE 400
16 CARR 199
GUAYNABO, PR 00969

SABANA DEL PALMAR INC
1079 CEPHAS DRIVE
CLEARWATER, FL 33765-2108

US TRUSTEE
EDIFICIO OCHOA
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1922

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

AIR MASTER WINDOW  DOOR
PO BOX 2097
BARCELONETA PR 00617-2097

ANGEL ERNESTO MUJICA VEGA
CALLE OPALO D-66
URB MIRABELLA VILLAGE CLUB
BAYAMON PR  00961

ASOCIACION DE RESIDENTES
MIRABELLA VILLAGE & CLUB IN C
151  NACAR ADMINISTRACION
BAYAMON PR 00961-4834

ATLAS ROOFING
PO BOX 11493
SAN JUAN PR 00910-2593

AVANTI KITCHENS
PO BOX 362737
SAN JUAN PR 00936-2737

BLACKTOP CORP
1013 AVE AGUAS BUENAS
URB SANTA ROSA
BAYAMON PR 00959-6611

CARLOS PAZOS RODRIGUEZ
TARRAGONA  D-33
URB VILLA ESPAA
BAYAMON PR 00961-7320

COPLIN ENTERPRISES INC
PO BOX 6324
SAN JUAN PR 00914-6324

CRIM
PO BOX 195387
SAN JUAN PR  00919-5387

DEPARTMENT OF TREASURY
BANKRUPTCY SECTION (SUITE 1504)
235 AVE. ARTERIAL HOSTOS
SAN JUAN P.R 00918-1451

DIAZ MASSO INC
ROAD 845 KM 05
CUPEY BAJO
RIO PIEDRAS PR  00928

DORADO PRINTING
PO BX 6467
CAGUAS PR 00726-6467

FDICREAL ESTATE CAPITAL
KEY BANK
11501 PUTLOOK ST
SUITE 300
OVERLAND KS 66211-1807

Federal Deposit Insurance Corporation,
as receiver for Westernbank Puerto Rico
c/o David E. Otero, Esq.
50 North Laura Street, Suite 3100
Jacksonville, FL 32202-3659

GB REALTY INC
576 AVE ARTERIAL B  SUITE 1
SAN JUAN PR 00918-2200

GIBRALTAR CONSTRUCTION COMPANY
1079 CEPHAS DRIVE
CLEARWATER FL 33765-2108

GULFCOAST IRREVOCABLE TRUST I
1079 CEPHAS DRIVE
CLEARWATER FL 33765-2108

GULFCOAST IRREVOCABLE TRUST II
1079 CEPHAS DRIVE
CLEARWATER FL 33765-2108

GULFCOAST IRREVOCABLE TRUST VI
1079 CEPHAS DRIVE
CLEARWATER FL 33765-2108

GULFCOAST IRREVOCABLE TRUST XIII
1079 CEPHAS DRIVE
CLEARWATER FL 33765-2108

GULFCOAST IRREVOCABLE TRUST XVI
1079 CEPHAS DRIVE
CLEARWATER FL 33765-2108

IH PROFESSIONAL TILE INC
HC-12 BOX 7231
HUMACAO PR 00791-9242

IVAN RAMIREZ OJEDA
PO BOX 943
BAYAMON PR  00960-0943

JOSE L YORDAN
B-40  URB MIRABELLA VILLAGE  CLUB
BAYAMON PR  00961


JOSELIN A RODRIGUEZ ALMONTE
CALLE NACAR A-5
URB MIRABELLA VILLAGE CLUB
BAYAMON PR  00961

L  A TILE INSTALLATIONS
PO BOX 1353
AGUAS BUENAS PR 00703-1353

LC REAL ESTATE INC
PMB 334
5900 ISLA VERDE AVE  L-2
CAROLINA PR 00979-5746


MARANGELIS RIVERA COLON
URB MIRABELLA VILLAGE CLUB
CALLE CUARZO B-36
BAYAMON PR  00956

MARIA DE LOURDES MIRANDA ADORNO
PO BOX 6909
BAYAMON PR 00960-5909

MASTER PRODUCT
425 CARR 693
PMB 240
DORADO PR 00646-4816


MICHAEL JOSEPH SCARFIA NINCIATO
1079 CEPHAS DRIVE
CLEARWATER FL 33765-2108

MJS LAS CROABAS PROPERTIES INC
1079 CEPHAS DRIVE
CLEARWATER FL 33765-2108

MUNICIPALITY OF BAYAMON
C/O ALDARONDO & LOPEZ BRAS
ALB PLAZA
SUITE 400
#16 RD. 199
GUAYNABO, P.R.  00969


MUNICIPIO DE BAYAMON
PO BOX 1588
BAYAMON PR  00960-1588

PUERTO RICO ELECTRIC POWER
BANKRUPTCY OFFICE
PO BOX 364267
SAN JUAN PR 00936-4267

ROLEI ELECTRICAL
CALLE AA  D-13
CUIDAD UNIVERSITARIA
TRUJILLO ALTO PR 00976-3151


VESSCO ELEVATOR CONTRACTOR
PMB 357220
PLAZA WESTERN AUTO 101
TRUJILLO ALTO PR 00976-3607

CARMEN D CONDE TORRES
254 SAN JOSE STREET
5TH FLOOR
SAN JUAN, PR 00901-1523

LUISA S VALLE CASTRO
C CONDE & ASSOCIATES
254 CALLE SAN JOSE 5TH FLOOR
SAN JUAN, PR 00901-1523


MANUEL FERNANDEZ BARED
TORO COLON MULLET RIVERA & SIFRE
PO BOX 195383
SAN JUAN, PR 00919-5383

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

Marangelis Rivera Colon
Calle Cuarzo B-36
Urb Mirabella Village Club
Bayamon, PR 00956 PR


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Trigild, Inc. as Receiver

(d)BJN CONSTRUCTION
HC-01 BOX 4912
NAGUABO PR 00718-9748

(d)GULFCOAST IRREVOCABLE TRUST VI
1079 CEPHAS DRIVE
CLEARWATER FL 33765-2108


End of Label Matrix
Mailable recipients      50
Bypassed recipients       3
Total                    53